JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SHANE BRAYTON,<br><br>        Defendant. | No. CR-S-13-406 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:  June 24, 2014<br>Time:  9:30 a.m.<br>Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 8, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 24, 2014 at 9:30 a.m., and to exclude time between April 8, 2014 and June 24, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery.

b. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 8, 2014 to June 24, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 1, 2014                                    /s/  John R. Manning
                                                          JOHN R. MANNING
                                                          Attorney for Defendant
                                                          Shane Brayton

Dated:  April 1, 2014

Benjamin B. Wagner
United States Attorney

by:   /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of April, 2014.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE