JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES MAGISTRATE COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | 2:13-CR-406-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (~~PROPOSED~~) |
| v. | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| SHANE BRAYTON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Shane Brayton, by and through his attorney, John R. Manning, Esq., and the United States of America, by and through its' counsel, Jill Thomas, Esq., hereby jointly agree and stipulate to amend defendant's conditions of release as follows:

    Release condition 14 - Upon completion of the residential program, you shall participate in the Better Choices court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a pretrial services officer - shall be stricken.

    This request is based on Mr. Brayton residing in Sparks, Nevada, and having no means of transportation to and from Sacramento. Additionally, Mr. Brayton has, since being released from custody,

1

completed treatment in/at residential rehab.  Additionally, he is receiving (and in compliance with) outpatient services in the Sparks area.  All other conditions of release ordered by the court shall remain in effect.  Pretrial Services has been consulted regarding this request and has no objection.

   Accordingly, all parties and Mr. Brayton agree with the proposed modifications articulated herein.

Dated: June 6, 2014                    Respectfully submitted,


                                        s/John R. Manning
                                       John R. Manning
                                       Attorney for Defendant
                                       Shane Brayton


Dated: June 6, 2014                    Benjamin B. Wagner
                                       United States Attorney

                                 by:   /s/ Jill M. Thomas
                                       Jill M. Thomas
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: June 10, 2014.
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE