JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-13-406 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | EXCLUDABLE TIME PERIODS |
| v. | ) | UNDER SPEEDY TRIAL ACT; |
| | ) | FINDINGS AND ORDER |
| BRAYTON et al., | ) | |
| | ) | Date:  August 19, 2014 |
| Defendants. | ) | Time:  9:30 a.m. |
| | ) | Judge: Honorable John A. Mendez |
| | ) | |

The United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., and counsel for defendant Rod Simpson, Alexandra Negin, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 24, 2014.

2. By this stipulation, defendants now move to continue the status conference until August 19, 2014 at 9:30 a.m., and to exclude time between June 24, 2014 and August 19, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

3.   The parties agree and stipulate, and request the Court find the following:

1

a. This case includes over 200 pages of discovery.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 24, 2014 to August 19, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 17, 2014 | /s/  John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Shane Brayton |
| Dated:  June 17, 2014 | /s/ Alexandra Negin<br>ALEXANDRA NEGIN<br>Attorney for Defendant<br>Rod Simpson |
| Dated:  June 17, 2014 | Benjamin B. Wagner<br>United States Attorney |
| | by:   /s/ Jill M. Thomas<br>JILL M. THOMAS<br>Assistant U.S. Attorney |

## ORDER

IT IS SO FOUND AND ORDERED this 17th day of June, 2014.

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE