1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No.  13-cr-406 JAM
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS CONFERENCE AND EXCLUDING
13      v.                          )  TIME
                                    )
14 ROD SIMPSON                      )  Date:  October 14, 2014
   SHANE BRAYTON,                   )  Time: 9:30 a.m.
15                                  )  Judge: John A. Mendez
                Defendants.         )
16 _____ )

17      IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff,

19 ALEXANDRA P. NEGIN, attorney for ROD SIMPSON, and JOHN MANNING, attorney for

20 SHANE BRAYTON that the status conference hearing date of August 19, 2014 be vacated, and

21 the matter be set for status conference on October 14, 2014 at 9:30 a.m.

22      The reasons for this continuance are to allow defense counsel additional time to review

23 discovery, to examine possible defenses and to continue investigating the facts of the case.

24      Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25 should be excluded from the date of signing of this order through and including October 14,

26 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

27 Code T4 based upon continuity of counsel and defense preparation.

28

1    Dated:  August 11, 2014                Respectfully submitted,

2                                           HEATHER E. WILLIAMS
3                                           Federal Defender

4                                           */s/ Alexandra P. Negin*
                                            ALEXANDRA P. NEGIN
5                                           Assistant Federal Defender
                                            Attorney for Defendant
6                                           ROD SIMPSON

7

8    Dated: August 11, 2014                 */s/ John Manning*
                                            JOHN MANNING
9                                           Assistant Federal Defender
                                            Attorney for Defendant
10                                          SHANE BRAYTON

11

12   Dated: August 11, 2014                 BENJAMIN B. WAGNER
                                            United States Attorney
13

14                                          */s/ Jill Thomas*
                                            JILL THOMAS
15                                          Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 19, 2014, status conference hearing be continued to October 14, 2014, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 14, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: August 11, 2014

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Court Judge