| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ALEXANDRA P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | ROD SIMPSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  13-cr-406 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| v. | ) TIME **(AMENDED)** |
| | ) |
| ROD SIMPSON, et al., | ) Date: January 13, 2015 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: John A. Mendez |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, ALEXANDRA P. NEGIN, attorney for ROD SIMPSON, SHARI RUSK, attorney for SARAH BASTIN, and JOHN MANNING, attorney for SHANE BRAYTON that the status conference hearing date of December 2, 2014 be vacated, and the matter be set for status conference on January 13, 2015 at 9:30 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 13, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

1  T4 based upon continuity of counsel and defense preparation.

2

3  Dated:  November 19, 2014          Respectfully submitted,

4                                     HEATHER E. WILLIAMS
                                      Federal Defender

5
                                      */s/ Alexandra P. Negin*
6                                     ALEXANDRA P. NEGIN
                                      Assistant Federal Defender
7                                     Attorney for Defendant
                                      ROD SIMPSON
8

9  Dated: November 19, 2014           */s/ John Manning*
                                      JOHN MANNING
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    SHANE BRAYTON

12
   Dated: November 19, 2014           */s/ Shari Rusk*
13                                    SHARI RUSK
                                      Assistant Federal Defender
14                                    Attorney for Defendant
                                      SARAH BASTIN
15

16
   Dated: November 19, 2014           BENJAMIN B. WAGNER
17                                    United States Attorney

18
                                      */s/ Jill Thomas*
19                                    JILL THOMAS
                                      Assistant U.S. Attorney
20                                    Attorney for Plaintiff

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference        -2-        *U.S. v. Simpson, et al.*, 13-cr-406 JAM

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 2, 2014, status conference hearing be continued to January 13, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 13, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 19, 2014

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge