1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.  13-cr-406 JAM
   |                                  )
12 |         Plaintiff,               ) STIPULATION AND ORDER CONTINUING
   |                                  ) STATUS CONFERENCE AND EXCLUDING
13 |    v.                            ) TIME
   |                                  )
14 | ROD SIMPSON, et al.,             ) Date:  May 5, 2015
   |                                  ) Time: 9:30 a.m.
15 |         Defendants.              ) Judge: John A. Mendez
   |                                  )
16 |_____)

        IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney

Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane

Brayton that the status conference hearing date of March 17, 2015 be vacated, and the matter be

set for status conference on May 5, 2015 at 9:15 a.m.

        The reasons for this continuance are to allow defense counsel additional time to review

discovery, to examine possible defenses and to continue investigating the facts of the case.

        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including May 5, 2015;  pursuant to 18 U.S.C. §3161

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

1  upon continuity of counsel and defense preparation.

2  Dated:  March 9, 2015                    Respectfully submitted,

3                                           HEATHER E. WILLIAMS
4                                           Federal Defender

5                                           */s/ Alexandra P. Negin*
                                            ALEXANDRA P. NEGIN
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           ROD SIMPSON

8  Dated: March 9, 2015                     */s/ John Manning*
9                                           JOHN MANNING
                                            Assistant Federal Defender
10                                          Attorney for Defendant
                                            SHANE BRAYTON
11

12 Dated: March 9, 2015                     */s/ Shari Rusk*
                                            SHARI RUSK
13                                          Assistant Federal Defender
                                            Attorney for Defendant
14                                          SARAH BASTIN

15

16 Dated: March 9, 2015                     BENJAMIN B. WAGNER
                                            United States Attorney
17

18                                          */s/ Jill Thomas*
                                            JILL THOMAS
19                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the March 17, 2015 status conference shall be continued until May 5, 2015, at 9:15 a.m.

Dated: March 9, 2015

/s/ John A. Mendez  
Honorable John A. Mendez  
United States District Court Judge