HEATHER E. WILLIAMS, #122664
Federal Defender
ALEXANDRA P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ROD SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  13-cr-406 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| ROD SIMPSON, et al., | Date:  June 16, 2015 |
| | Time: 9:15 a.m. |
| Defendants. | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane Brayton that the status conference hearing date of May 5, 2015 be vacated, and the matter be set for status conference on June 16, 2015 at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery, to examine possible defenses and to continue investigating the facts of the case. Defendant Bastin was formally arraigned in this matter on March 10, 2015. Further, counsel for Simpson will be in trial before Judge Mueller on May 4, 2015.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including June 16, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 21, 2015                    Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Alexandra P. Negin*
                                              ALEXANDRA P. NEGIN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROD SIMPSON

Dated: April 21, 2015                    */s/ John Manning*
                                              JOHN MANNING
                                              Attorney for Defendant
                                              SHANE BRAYTON

Dated: April 21, 2015                    */s/ Shari Rusk*
                                              SHARI RUSK
                                              Attorney for Defendant
                                              SARAH BASTIN

Dated: April 21, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Jill Thomas*
                                              JILL THOMAS
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 16, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the May 5, 2015 status conference shall be continued until June 16, 2015, at 9:15 a.m.

Dated: April 21, 2015

/s/ John A. Mendez  
Honorable John A. Mendez  
United States District Court Judge