1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ALEXANDRA P. NEGIN, #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )  Case No.  13-cr-406 JAM
                                      )
12              Plaintiff,            )  STIPULATION AND ORDER CONTINUING
                                      )  STATUS CONFERENCE AND EXCLUDING
13      v.                            )  TIME
                                      )
14  ROD SIMPSON, et al.,              )  Date:  October 6, 2015
                                      )  Time: 9:15 a.m.
15              Defendants.           )  Judge: John A. Mendez
                                      )
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather

19  Williams, Federal Defender, through Assistant Federal Defender Alexandra P. Negin, attorney for

20  Rod Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane

21  Brayton that the status conference hearing date of August 18, 2015 be vacated, and the matter be

22  set for status conference on October 6, 2015 at 9:15 a.m.

23         The reasons for this continuance are to allow defense counsel additional time to review

24  discovery, to examine possible defenses and to continue investigating the facts of the case.

25         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded of this order's date through and including October 6, 2015;  pursuant to 18 U.S.C.

27  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

based upon continuity of counsel and defense preparation.

Dated:  August 11, 2015                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Alexandra P. Negin*_____
                                           ALEXANDRA P. NEGIN
                                           Assistant Federal Defender
                Attorney                          for Defendant
                                           ROD SIMPSON

Dated: August 11, 2015                     */s/ John Manning*_____
                                           JOHN MANNING
                Attorney                          for Defendant
                                           SHANE BRAYTON

Dated: August 11, 2015                     */s/ Shari Rusk*_____
                                           SHARI RUSK
                Attorney                          for Defendant
                                           SARAH BASTIN

Dated: August 11, 2015                     BENJAMIN B. WAGNER
                                           United States Attorney

                                           */s/ Jill Thomas*_____
                                           JILL THOMAS
                                           Assistant U.S. Attorney
                At                               torney for Plaintiff

1

## **O R D E R**

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3  stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4  its order. The Court specifically finds the failure to grant a continuance in this case would deny

5  counsel reasonable time necessary for effective preparation, taking into account the exercise of

6  due diligence.  The Court finds the ends of justice are served by granting the requested

7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8       The Court orders the time from the date the parties stipulated, up to and including

9  October 6, 2015, shall be excluded from computation of time within which the trial of this case

10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11 and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12 **is further ordered** the August 18, 2015 status conference shall be continued until October 6,

13 2015, at 9:15 a.m.

14 Dated: August 11, 2015

15                              /s/ John A. Mendez_____

16          Honorable                    John A. Mendez
           United                States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28