JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRAYTON et al.,<br><br>　　　　Defendants. | No. CR-S-13-406 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:　December 15, 2015<br>Time:　9:15 a.m.<br>Judge:　Honorable John A. Mendez |

　　　　The United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., counsel for defendant Rod Simpson, Alexandra Negin, Esq., and counsel for defendant Sarah Bastin, Shari G. Rusk, Esq., hereby stipulate the following:

　　1. By previous order, this matter was set for status conference on October 6, 2015.

　　2. By this stipulation, defendants now move to continue the status conference until December 15, 2015 and to exclude time between October 6, 2015 and December 15, 2015 under the Local CodeT-4 (to allow defense counsel time to prepare).

　　3.　The parties agree and stipulate, and request the Court find the following:

a. This case includes over 200 pages of discovery and a video.

b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of October 6, 2015 to December 15, 2015, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 1, 2015                          /s/  John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Shane Brayton

Dated:  October 1, 2015                          /s/ Alexandra Negin
                                                 ALEXANDRA NEGIN
                                                 Attorney for Defendant
                                                 Rod Simpson

Dated:  October 1, 2015                          /s/ Shari G. Rusk
                                                 SHARI G. RUSK
                                                 Attorney for Defendant
                                                 Sarah Bastin


Dated:  October 1, 2015                          Benjamin B. Wagner
                                                 United States Attorney

                                           by:   /s/ Jill M. Thomas
                                                 JILL M. THOMAS
                                                 Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this  1ˢᵗ day of October, 2015.


                                                 /s/ John A. Mendez
                                                 HON. JOHN A. MENDEZ
                                                 U. S. DISTRICT COURT