1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr, #177916
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   ROD SIMPSON

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )  Case No.  13-406 GEB
                                      )
11            Plaintiff,              )  STIPULATION AND [PROPOSED] ORDER
                                      )  CONTINUING STATUS CONFERENCE AND
12      v.                            )  EXCLUDING TIME
                                      )
13 ROD SIMPSON, et al.,               )  Date:  March 18, 2016
                                      )  Time: 9:00 a.m.
14            Defendants.             )  Judge: Hon. Garland E. Burrell, Jr.
                                      )
15 _____   )

16        IT IS HEREBY STIPULATED and requested by the parties, through their respective

17 counsel, Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams,

18 Federal Defender, through Assistant Federal Defender Michael Petrik, Jr., attorneys for Rod

19 Simpson, Shari Rusk, attorney for Sarah Bastin, and John Manning, attorney for Shane Brayton,

20 that the Court vacate the status conference on March 18, 2016, at 9:00 a.m., and reset the matter

21 for status conference on May 13, 2016, at 9:00 a.m.

22        Counsel for Mr. Simpson, who has recently received appointment of this case, and the

23 other defense counsel require additional time to review discovery, to examine possible defenses,

24 and to continue investigating the facts of the case.

25        The parties agree the Court should exclude time under the Speedy Trial Act as of this

26 stipulation's date through and including May 13, 2016, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

27 & (B)(iv), and Local Code T4.

28

1    The parties also agree that the Court should find the ends of justice served by granting the

2    requested continuance, and that the reasons for the continuance outweigh the best interests of the

3    public and defendants in a speedy trial.

4    Dated: March 17, 2016                Respectfully submitted,

5                                         HEATHER E. WILLIAMS
                                          Federal Defender
6

7                                         /s/ M.Petrik
                                          MICHAEL PETRIK, Jr.
8                                         Assistant Federal Defender
                                          Attorney for Defendant
9                                         ROD SIMPSON

10   Dated: March 17, 2016                /s/ John Manning
11                                        JOHN MANNING
                                          Attorney for Defendant
12                                        SHANE BRAYTON

13   Dated: March 17, 2016                /s/ Shari Rusk
14                                        SHARI RUSK
                                          Attorney for Defendant
15                                        SARAH BASTIN

16

17   Dated: March 17, 2016                BENJAMIN B. WAGNER
                                          United States Attorney
18

19                                        /s/ Jill Thomas
                                          JILL THOMAS
20                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing, adopts the parties' stipulation in its entirety as its order. The Court orders the status conference scheduled for March 18, 2016, at 9:00 a.m., vacated and rescheduled for May 13, 2016, at 9:00 a.m.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the requested continuance, and that the reasons for the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulation, up to and including May 13, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv), and Local Code T4.

Dated:  March 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge