JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-13-406 GEB |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| v. | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| SHANE BRAYTON, | ) Date:  June 30, 2017 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E Burrell, Jr. |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

  1. By previous order, this matter was set for status conference on May 26, 2017.

  2. By this stipulation, the defendant now moves to continue the status conference until June 30, 2017 and to exclude time between May

1

26, 2017 and June 30, 2017 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.
   b. Counsel for the defendant needs additional time to review the proposed plea agreement and discuss the relevant USSG calculations and sentencing factors. Additionally, counsel for Mr. Brayton is reviewing the case law related to filing a suppression motion on behalf of Mr. Brayton. To that end, counsel for Mr. Brayton has requested additional information from the government via informal discovery request. The government for its part will need time to respond to the afore mentioned request.
   c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The Government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.
   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 26, 2017 to June 30,

2017, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 23, 2017  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shane Brayton

Dated: May 23, 2017  Phillip A. Talbert
United States Attorney

by: /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.
Dated: May 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3