```
 1  JOHN R. MANNING (SBN 220874)
    ATTORNEY AT LAW
 2  1111 H Street, # 204
    Sacramento, CA. 95814
 3  (916) 444-3994
    Fax (916) 447-0931
 4
 5  Attorney for Defendant
    SHANE BRAYTON
 6
 7                   IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       ) No. CR-S-13-406 GEB
                                    )
11       Plaintiff,                 )
                                    ) STIPULATION REGARDING
12  v.                              ) EXCLUDABLE TIME PERIODS
                                    ) UNDER SPEEDY TRIAL ACT;
13                                  ) [PROPOSED] FINDINGS AND ORDER
                                    )
14                                  )
    SHANE BRAYTON,                  ) Date:   May 4, 2018
15                                  ) Time:   9:00 a.m.
         Defendant.                 ) Judge:  Hon. Garland E Burrell, Jr.
16                                  )
                                    )
17
18  _____
19       The United States of America through its undersigned counsel,
20  Timothy H. Delgado, Assistant United States Attorney, together with
21  counsel for defendant Shane Brayton, John R. Manning, Esq., hereby
22  stipulate the following:
23     1. By previous order, this matter was set for status conference on
24  March 16, 2018.
25     2. By this stipulation, the defendant now moves to continue the
26
27  status conference until May 4, 2018 and to exclude time between March
28
```

1

16, 2018 and May 4, 2018 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.

   b. Counsel for Mr. Brayton is reviewing the case law related to filing a suppression motion on behalf of Mr. Brayton. To that end, counsel for Mr. Brayton has requested additional information from the government via an informal discovery request. The government is in the process of responding to the informal discovery request. The government represents they will have a letter for defense counsel indicating what discovery is available to be produced and what discovery is either not available, or will not be produced by the government. Additionally, the defense and the government have agreed to a hearing schedule regarding a discovery motion brought by the defense. That hearing is tentatively scheduled for May 24, 2018. (At the drafting of this stipulation, the discovery motion has not yet been filed, nor has the Magistrate court had the opportunity to agree to the proposed briefing schedule.)

   c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of March 19, 2018 to May 4, 2018, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 14, 2018                 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shane Brayton

///
///
///

Dated: March 14, 2018                    McGregor W. Scott
                                         United States Attorney

                                   by:   /s/  Timothy H. Delgado
                                         TIMOTHY H. DELGADO
                                         Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge