JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-13-406 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| SHANE BRAYTON, | ) Date:   August 17, 2018 |
| Defendant. | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E Burrell, Jr. |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on July 20, 2018.

2. By this stipulation, the defendant now moves to continue the status conference until August 17, 2018 and to exclude time between

1

July 20, 2018 and August 17, 2018 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.
   b. Counsel for Mr. Brayton is reviewing the case law related to filing a suppression motion on behalf of Mr. Brayton. To that end, counsel for Mr. Brayton has requested additional information from the government via an informal discovery request. The government is in the process of responding to the informal discovery request. The government represents they will have a letter for defense counsel indicating what discovery is available to be produced and what discovery is either not available, or will not be produced by the government. Depending on what is produced, a discovery motion and/or a suppression motion may be filed by the defense.
   c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The Government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act,
          18 United States Code Section 3161(h)(7)(A) within which trial
          must commence, the time period of July 20, 2018 to August 17,
          2018, inclusive, is deemed excludable pursuant to 18 United
          States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv),
          corresponding to Local Code T-4 because it results from a
          continuance granted by the Court at defendant's request on the
          basis of the Court's finding that the ends of justice served
          by taking such action outweigh the best interest of the public
          and the defendant in a speedy trial.
    4. Nothing in this stipulation and order shall preclude a finding
that other provisions of the Speedy Trial Act dictate that additional
time periods are excludable from the period within which a trial must
commence.
    IT IS SO STIPULATED.

Dated:  July 17, 2018                    /s/   John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Shane Brayton


Dated:  July 17, 2018                    McGregor W. Scott
                                         United States Attorney

                                   by:   /s/   Timothy H. Delgado
                                         TIMOTHY H. DELGADO
                                         Assistant U.S. Attorney

                               **ORDER**

IT IS SO FOUND AND ORDERED.
Dated:  July 17, 2018

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge