```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>SHANE BRAYTON,<br><br>    Defendant. | ) No. CR-S-13-406 GEB<br>)<br>)<br>) STIPULATION REGARDING<br>) EXCLUDABLE TIME PERIODS<br>) UNDER SPEEDY TRIAL ACT;<br>) [PROPOSED] FINDINGS AND ORDER<br>)<br>)<br>) Date:   March 8, 2019<br>) Time:   9:00 a.m.<br>) Judge:  Hon. Garland E Burrell, Jr.<br>)<br>) |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

   1. By previous order, this matter was set for status conference on January 25, 2019.

   2. By this stipulation, the defendant now moves to continue the status conference until March 8, 2019 and to exclude time between

1

January 25, 2019 and March 8, 2019 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.
   b. Counsel for Mr. Brayton is reviewing the case law related to filing a suppression motion on behalf of Mr. Brayton. To that end, counsel for Mr. Brayton has requested additional information from the government via an informal discovery request. The government is in the process of responding to the informal discovery request. The government represents they will have a letter for defense counsel indicating what discovery is available to be produced and what discovery is either not available, or will not be produced by the government. Depending on what is produced, a discovery motion and/or a suppression motion may be filed by the defense.
   c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
   d. The Government does not object to the continuance.
   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 25, 2019 to March 8, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 23, 2019  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shane Brayton

Dated: January 23, 2019  McGregor W. Scott
United States Attorney

by: /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 24, 2019

3

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge