```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-13-406 GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| v. | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| | ) |
| SHANE BRAYTON, | ) Date:   August 30, 2019 |
| | ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Hon. Garland E. Burrell, Jr. |
| | ) |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on July 26, 2019.

2. By this stipulation, the defendant now moves to continue the status conference until August 30, 2019 and to exclude time between

1

July 26, 2019 and August 30, 2019 under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. This case includes over 200 pages of discovery and a video.
   b. Counsel for Mr. Brayton is reviewing the case law related to filing a suppression motion on behalf of Mr. Brayton. To that end, counsel for Mr. Brayton has requested additional information from the government via an informal discovery request. The government is in the process of responding to the informal discovery request. Depending on what is produced (and/or, what is not produced) a discovery motion and/or a suppression motion may be filed by the defense.
   c. The parties met to discuss and review case law related to *Rodriguez*, 135 S. Ct. 1609 (2015); *Evans*, 786 F.3d 779 (9th Cir. 2015); *Landeros* 2019 WL 166120 (9th Cir. Jan. 11. 2019); and, any related (relevant) progeny. As a result, the government is examining and deliberating their options going forward. Simultaneously, the government, in light of the aforementioned meeting, is also examining and deliberating their response to the defense's long standing discovery request(s).
   d. Because of relatively unique factual and legal issues related to this case, the government is discussing their response(s) at the Supervisorial level. As such, the government has asked for additional time to prepare their responses.

e. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f. The Government does not object to the continuance.

   g. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

   h. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of July 26, 2019 to August 30, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///

IT IS SO STIPULATED.

Dated: July 25, 2019                    /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Shane Brayton


Dated: July 25, 2019                    McGregor W. Scott
                                        United States Attorney

                                    by: /s/  Timothy Delgado
                                        TIMOTHY H. DELGADO
                                        Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 25, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge