```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-13-406 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| SHANE BRAYTON, | ) Date:  October 4, 2019 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

The United States of America through its undersigned counsel, Timothy H. Delgado, Assistant United States Attorney, together with counsel for defendant Shane Brayton, John R. Manning, Esq., hereby stipulate the following:

   1. By previous order, this matter was set for status conference on September 13, 2019.

   2. Due to the court's unavailability on September 13, 2019, the defendant now moves to continue the status conference until October 4, 2019 and to exclude time between September 13, 2019 and October 4,

2019 under the Local Code T-4 (to allow defense counsel time to prepare).

   3. The parties agree and stipulate, and request the Court find the following:

     a. The Parties in this matter have met and discussed resolution in this matter on numerous occasions and in great detail. The parties are, in fact, very near resolution (the parties are cautiously optimistic the defendant will enter a change of plea on/at the hearing date requested herein). However, counsel for Mr. Brayton and counsel for the government have some additional research to complete prior to the change of plea.

     b. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     c. The Government does not object to the continuance.

     d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

     e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 13, 2019 to October 4, 2019, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) ) and (B)(ii) and

(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 12, 2019 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shane Brayton

Dated: September 12, 2019 McGregor W. Scott
United States Attorney

by: /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.
Dated: September 12, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge