FILED
September 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>SHANE BRAYTON,<br><br>        Defendant. | Case No. 2:13CR00406-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SHANE BRAYTON__ , Case No. __2:13CR00406-GEB__ , Charge __21USC § 841(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

**The defendant is to be released to the pretrial officer on 9/25/2019 @ 9:00 am**

Issued at __Sacramento, CA__ on __September 23, 2019__ at __8:24 am__ .

        By   /s/ Allison Claire
                Allison Claire
                United States Magistrate Judge

Copy 2 - Court