```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
SHANE BRAYTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:13-CR-406 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER MODIFYING THE |
| | ) OBJECTION SCHEDULE |
| vs. | ) |
| | ) Date:   January 16, 2020 |
| SHANE BRAYTON, | ) Time:   9:30 a.m. |
| | ) Judge: Honorable Troy L. Nunley |
| Defendant. | ) |
| | ) |

The parties hereby stipulate the following:

1. Sentencing in this matter is presently set for January 16, 2020. The request DOES NOT seek to change the presently set sentencing date in this matter. This stipulation seeks only to modify the existing objection schedule without changing the sentencing date. Assistant United States Attorney Timothy Delgado and United States Probation Officer Shannon Morehouse have been advised of this request and have no objection.

2. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**              **1/16/20**

Reply, or Statement of Non-Opposition;
and/or, any sentencing memorandum:             1/9/20

Motion for Correction of the Presentence

| | |
|---|---|
| Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/6/20 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 12/30/19 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing Counsel no later than: | 12/19/19 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/12/19 |

IT IS SO STIPULATED.

Dated: November 18, 2018  /S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Shane Brayton

Dated: November 18, 2018  McGregor W. Scott
United States Attorney
by: /S/ Timothy Delgado
TIMOTHY DELGADO
Assistant United States Attorney

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

IT IS SO FOUND AND ORDERED this 18th day of November, 2019.

Troy L. Nunley
United States District Judge