UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BRAYTON,<br><br>Defendant. | Case No. 2:13-CR-00406-01<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SHANE BRAYTON, Case No. 2:13-CR-00406-01 Charge 21 U.S.C. § 843(b), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

    _____   Unsecured Appearance Bond $ _____

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    __X__   (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on January 16, 2020 at 10:45 AM.

By: _____
District Judge Troy L. Nunley